UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CASTADELL RUFFIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-481** |
| **N. BURL CAIN** | **SECTION "H"(2)** |

### ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Castadell Ruffin for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 27th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE